FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 29 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:20-CV-00736-LPR-JJV

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Christopher D. Livingston
ADC # _____
Address: Pulaski County Detention Facility 3201 W. Roosevelt Road Little Rock Ar 72204

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Turn key Health
Position: Infirmary Staff Medical
Place of employment: Pulaski County Detention Facility
Address: 3201 W. Roosevelt Road Little Rock Ar 72204

Name of defendant: _____
Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

    ☐    official capacity only
    ☐    ~~personal capacity only~~
    ☑    both official and personal capacity

III.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___  No ✓

    B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

☐. Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Pulaski County Detention Facility
_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ___

If not, why? _____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

For 3 days straight 4/10/20 4/11/20 4/12/20 Turn Key health Denied me medical Attention. Which the Infection from my wounds Almost cost me to loose my Right hands. The Doctors At UAMS wanted to cut my hand off cause of the Neglect off the medical staff At Turn key health, On the 4/13/20 Nurse Ballard came and got me to the UAMS Doctor The Camera Saw it All, The Incident happen when I was Attact on the streets Which one guy Almost Bit my fingers off you could see the Bones. The Intake nurse Refused treatment my hand was Infected so bad it had turned Big and grey for 3 days No treatment, The camera saw it All

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Pain and Suffering $20 million

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 23 day of June, 20 20.

Signature(s) of plaintiff(s)

4:20-CV-736-LPR

Yes ✓   No ___

If not, why? _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 07 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Turnkey Health is the Medical provider for Pulaski County Jail. The Intake Nurse provided By Turnkey Health Nurse Lott Refused me medical Attention 4/10/20 stating there was nothing she could do. My left hand was swollen & Bleeding. And on the 4/10/20 Turn key health Nurses That came to the Unit Also Refused me Medical Attention. I had open wounds Turn key health Nurse Lott should have Called her superviser in order to Give the proper medical Attention Which was Abotic and pain relief to Reduce the Swelling. Turn key health was to treat open wounds By Rapping up the Wounds And sending to the UAMS for Proper treatment, But Refused me Any treatment on the 4/12/20 Turn key health Nurses was Running pill call in Unit C I ask the Nurse for help she stated there was nothing she could do I don't know the her Name But its Dockumented on turn key health Records and unit Cameras. The Nurse at Turn key health wont give me the Names of the Nurses. The Camera Reveals me talking to them and Records shows. On the 4/13/20 Turn key Nurse Batford saw my hand And Immediatly Sent me to UAMS. The Infection was so bad the Doctors wanted

②

Statement of Claim

To Cut my hand off Due To Turnkey Nurses Negletion for 3 days. I had to have 4 surgerys I can Never use my left hand again. On the 4/10/20 Pulaski County Jail Deputy The Intake officer Didn't call a code when he saw that my hand was swollen and had a open wound. The policy is when and Inmate has and open wound call a Code for Medical staff. The Intake Officer Refused he saw my hand During finger printing and no code was called. Dueing Intake Shower I was sprayed with lice poison. and I told the Officer about my hand he stated there was nothing he could do, On 4/11/20 i spoke to the Unit Deputy showed my hand No Code was called or Turn key Nurse was Informed. 4/12/20 my hand was swollen and Bleeding the Deputy In C unit Didn't Follow the Policy of calling A code when a Inmate is Bleeding. from Being Neglected by the Unit Deputy on the 4/13/20 I was Rushed to UAMS where the Doctors Wanted to Cut my hand off, But Instead Performed 4 sargeys that left me without the use of my left hand I'm in Constant pain that will last me for the Rest of my life And Pulaski