# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER D. LIVINGSTON<br>ADC #88884<br><br>　　　　　Plaintiff,<br>v.<br><br>DOES, unknown Turn Key Health Infirmary<br>Staff and Pulaski County Jail Deputy; and<br>LOTT, Turn Key Health<br>　　　　　Defendants. | No. 4:20-cv-00736-JJV |

## MEMORANDUM AND ORDER[1]

Christopher D. Livingson (Plaintiff) is a prisoner in the Arkansas Division of Correction. He has filed this *pro se* action alleging Defendant Nurse Lott, unknown Turn Key Health infirmary staff, and an unknown Pulaski County Jail deputy ("Doe Defendants") failed to provide him with constitutionally adequate medical care. (Doc. 12.) On July 30, 2020, I ordered service on Defendant Lott, who has filed an Answer. (Docs. 11, 16). On the same day, I explained to Plaintiff that it was his obligation to provide the Doe Defendants' identities and service addresses. (Doc. 11.) I gave him ninety days to provide that information and cautioned him I would dismiss his claims against the Doe Defendants without prejudice if he failed to do so. *See* Fed. R. Civ. Pro. 4(m) (dismissal is appropriate for any defendant who has not been served within ninety days of filing of the complaint). Plaintiff has not complied with my instructions and the time to do so has expired.

IT IS, THEREFORE, ORDERED that:

1. The Clerk is directed to change Defendant Lott's name to Brandy Lott, LPN.

---

[1] On October 22, 2020, the parties consented to proceed before a United States Magistrate Judge. (Doc. 27.)

2. Plaintiff's claims against the Doe Defendants are DISMISSED without prejudice due to a lack of service.

3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Memorandum and Order would not be taken in good faith.

DATED this 4th day of November 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE