# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHRISTOPHER D. LIVINGSTON                                              PLAINTIFF

v.                                        4:20-cv-00736-JJV

DOES, Unknown Turn Key Health Infirmary Staff
and Deputies at the Pulaski County Jail; and
TURN KEY HEALTH                                                    DEFENDANTS

## **MEMORANDUM & ORDER**

Christopher D. Livingston ("Plaintiff") was a pretrial detainee in the Pulaski County Regional Detention Facility ("PCRDF"). He has filed a pro se Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. (Doc. No. 6.) On June 22, 2021, Defendants filed a Motion to Compel (Doc. No. 34), stating they had not received responses to written discovery initially propounded on April 16, 2021. I granted Defendants' Motion to Compel on June 23, 2021 and directed Plaintiff to respond to Defendants' discovery requests within fourteen (14) days. (Doc. No. 35.)

Defendants have now filed a Motion to Dismiss (Doc. No. 36) informing the Court that Plaintiff has failed to respond within the allotted time, and requesting this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)[1] and Local Rule 5.5(c)(2). I also note that Plaintiff has not filed anything in this matter since April 27, 2021.

Based on the foregoing, I find it appropriate to grant Defendants' Motion to Dismiss. I specifically directed Plaintiff to respond to Defendants' discovery requests within

---

[1] "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

fourteen (14) days. (Doc. No. 35 at 2.) In that Order, I also warned Plaintiff that his failure to comply would likely result in dismissal of this cause of action. (*Id*.) Plaintiff has failed to comply, and dismissal is appropriate. Based on the record before the Court, I find this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 36) is GRANTED.

2. Plaintiff's Amended Complaint (Doc. No. 6) is DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Memorandum and Order would not be taken in good faith.

DATED this 28th day of July, 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE