# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHRISTOPHER D. LIVINGSTON                                                                 PLAINTIFF

v.                                             4:20-cv-00736-JJV

DOES, Unknown Turn Key Health Infirmary Staff
and Deputies at the Pulaski County Jail; and
TURN KEY HEALTH                                                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 28th day of July 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE